In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent, etc., to Take Possession, etc., of NORSKE LLOYD INSURANCE COMPANY, LTD.— Motion granted. Question certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ENDICOTT JOHNSON CORPORATION v. ALEXANDER FOLDESY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOHN C. CARAMANIS, Guardian of the Estate of CONSTANTINE COUMOULOS and Others, for the Payment of an Award for Damage Parcel No. 5,.etc., on Easterly Side of Bogart Avenue, and Westerly Side of Radcliff Avenue, etc.— Reference ordered before Hon. William P. Burr, official referee. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT J. SHEA v. JOHN J. HUTTON.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FARRELL, VERNON & SULLIVAN, INC., v. BEACON ASSOCIATES, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM H. WILLIAMS v. JOHN F. HYLAN, as Mayor, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Committee Heretofore Appointed by the Supreme Court, etc., of the Property of Incompetent Persons and Others. In the Matter of the Inventory and Account of FLORENCE KARP, Committee of JOHN KARP, an Incompetent Person.— Motion denied and stay vacated. The remedy of the committee is by appeal, should she be improperly removed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK A. REINHARDT v. HORACE L. DAY CO., INC.— Motion granted so far as to dismiss appeal unless appellant procure the record on appeal to be filed on or before April 9, 1928, and appellant's points filed within twenty days thereafter, and in other respects denied. In the present state of the calendar no preference is necessary. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDMEE ELOISE PRYIBIL v. PAUL PRYIBIL.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration between MERRITT-CHAPMAN & SCOTT CORPORATION and MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAISY GARRISON v. CARRIE M. SCHMUCK.— Motion to dismiss appeal denied, with leave to renew on March 30, 1928, if no further steps be taken meantime by appellant towards perfecting the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY N. McKEE v. RALPH H. McKEE.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.